UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Moreno, <br><br>        Plaintiff, <br><br>   v. <br><br> McClaughry & Myers Inc., a California Corporation; and Does 1-10, <br><br>        Defendants. | Case: 1:14-CV-00551-JAM-SKO <br><br> **NOTICE OF DISMISSAL & ORDER THEREON** |

### ORDER

Having read the foregoing notice and good cause appearing therefore, the entire case is hereby ordered dismissed without prejudice.

Dated:  9/15/2014

                 /s/ John A. Mendez
                HONORABLE JOHN A. MENDEZ
                UNITED STATES DISTRICT COURT JUDGE